# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                              TELEPHONE (334) 954-3600

October 6, 2022

NOTICE OF ASSIGNMENT

To:     All Counsel of Record

Re:     **Poole et al v. Kosimov et al**
        Civil Action No.   *2:23-cv-00087*

The above-styled case has been assigned to **Judge Chad W. Bryan** as presiding judge.

Please note that the case number is now *2:23-cv-00087-CWB.* The new case number should be used on all future correspondence and pleadings.